Daniel L. Steinberg, OSB #99369
E-mail: daniel.steinberg@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile:   (503) 224-8434

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANNE MARIE KREIDLER and MICHAEL S. REED, | No. 05-CV-1262-BR |
| Plaintiffs, | |
| v. | NOTICE OF ATTORNEY'S LIEN |
| MELODY DAWN TAYLOR, individually, and MELODY DAWN TAYLOR as Trustee of the MELODY D. TAYLOR FAMILY TRUST, | |
| Defendant. | |

Pursuant to ORS 87.445 and 87.450 Daniel L. Steinberg and Greene & Markley, P.C. ("Claimant") file this notice of attorney's lien and state as follows:

1. Statement of Demand.

Claimant's attorney's lien is for the sum of $7,779.08 for legal services and costs provided to defendant Melody Dawn Taylor, individually and Melody Dawn Taylor as Trustee of the Melody D. Taylor Family Trust in these proceedings.

2. Decree.

A lien is claimed against all sums payable to Melody Dawn Taylor, individually, or Melody Dawn Taylor as Trustee of the Melody D. Taylor Family Trust, or any successor trustee to the Melody D. Taylor Family Trust.

Page 1 - NOTICE OF ATTORNEY'S LIEN

3. <u>Debt</u>

The amount claimed as an attorney's lien is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien. The debt came due on May 9, 2006.

DATED this 31st day of January, 2007.

                                GREENE & MARKLEY, P.C.

                                By /s/ Daniel L. Steinberg
                                    Daniel L. Steinberg, OSB #99369
                                    Telephone: (503) 295-2668

\5999\P Notice of Attorney's Lien.wpd

## CERTIFICATE OF SERVICE

    I hereby certify that I served that I caused to be served the foregoing NOTICE OF ATTORNEY'S LIEN on:

Melody Taylor
115 NE 10th Drive
Gresham, OR 97030

by the following method or methods:

[X]  by **mailing** full, true and correct copies thereof via certified mail, return receipt requested,, addressed to the party as shown above at the last known office address of the party, and deposited with the United States Postal Service at Portland Oregon, on the date set forth below; and

    I FURTHER CERTIFY that, on the date set forth below, true and correct copies of foregoing NOTICE OF ATTORNEY'S LIEN, were served by electronic notice through the court's ECF system, upon the following:

**Joseph Andrew Grube**
Ricci Grube Aita, PLLC
1601 2nd Avenue
Suite 1080
Seattle, WA 98101
Email: jgrube@connectexpress.com

**Allen E. Eraut**
Bullivant Houser Bailey
300 Pioneer Tower
888 SW Fifth Ave
Portland, OR 97204-2089
Email: allen.eraut@bullivant.com

**Jonathan Mark Radmacher**
McEwen Gisvold LLP
1100 S W. Sixth Avenue
Suite 1600
Portland, OR 97204
Email: jonathanr@mcewengisvold.com

    DATED this 31st day of January, 2007.

                                  /s/ Daniel L. Steinberg
                                  Daniel L. Steinberg, OSB #99369

\5999\P Notice of Attorney's Lien.wpd

Page 1 - CERTIFICATE OF SERVICE